UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20

SHIRLEY BURRIS,

                Plaintiff,

- against -

HOUSING AND SERVICES INC et al.,

                Defendants.

17cv9289 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The parties are requested to provide the Court with a status report on this case by **February 12, 2020**.

**SO ORDERED.**

Dated:    New York, New York
            January 27, 2020

                                        John G. Koeltl
                                 United States District Judge