USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHIRLEY BURRIS,

                Plaintiff,

     - against -

HOUSING AND SERVICES INC., et al.,

                Defendants.
------------------------------------------------------------X

17-CV-9289 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court has reviewed the transcript of proceedings held on October 15, 2020, before Judge Koeltl.  By **October 28, 2020**, the parties shall file a joint letter with the undersigned as to their current views on proceeding with discovery, a potential stay, and any other issues they would like the Court to address.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2020
       New York, New York

Copies transmitted this date to all counsel of record.