UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

SHIRLEY BURRIS,

                Plaintiff,

   - against -

HOUSING AND SERVICES, et al.

                Defendants.
───────────────────────────────

17-cv-9289 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment.

SO ORDERED.

Dated:   New York, New York
          November 18, 2022

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                             United States District Judge