```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
SHIRLEY BURRIS,
                                              17-cv-9289 (JGK)
                    Plaintiff,
                                              ORDER
       - against -

HOUSING AND SERVICES INC., ET AL.,

                    Defendants.
───────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

A telephone conference is scheduled for **March 23, 2023** at **4:30p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated: New York, New York
       March 10, 2023

                                    _____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                    United States District Judge