UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRLEY BURRIS,

              Plaintiff,

  - against -

HOUSING AND SERVICES INC., ET AL.,

             Defendants.

17-cv-9289 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 16, 2023 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           March 13, 2023

                              /s/ John G. Koeltl
                              John G. Koeltl
                            United States District Judge