**VIA ECF**
March 30, 2023

The Honorable John G. Koeltl
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.
3/30/23

Re:   <u>Shirley Burris v. Housing and Services, Inc. et al.</u>, Case No. 17 CV 09289 (JGK) (RWL)

Dear Judge Koeltl:

The parties in the above-referenced action write consistent with the Court's order (ECF No. 125) to submit a joint proposed expert discovery schedule.

In light of the settlement conference scheduled for April 20, 2023, at 9:30 a.m. (ECF No. 126) but cognizant of the Court's guidance on timing at the March 23 telephone conference, the parties believe that the schedule proposed below will allow for prompt resolution of expert discovery while accommodating the time necessary to obtain medical records, perform examinations, and prepare expert disclosures.

1. Authorization to be provided by April 7, 2023;
2. Opening expert report due May 10, 2023;
3. Rebuttal expert report due June 9, 2023;
4. Expert depositions completed by June 30, 2023.

We thank the Court for its attention this matter.

Respectfully submitted,

/s/ *Evan Hess*
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

Jonathan E. Pickhardt
Evan Hess

51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
jonpickhardt@quinnemanuel.com
evanhess@quinnemanuel.com

*Attorneys for Plaintiff*

/s/ *Siobhan Healy*
KAUFMAN DOLOWICH VOLUCK

Siobhan Healy

245 Main Street, Suite 330
White Plains, NY 10601
(914) 470-0001
siobhan.healy@kdvlaw.com

*Attorneys for Defendants*