UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRLEY BURRIS,                                   17-cv-9289 (JGK)

              Plaintiff,                 ORDER

  - against -

HOUSING AND SERVICES INC., ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **July 15, 2024**.

SO ORDERED.

Dated:    New York, New York
           July 8, 2024

                                                  John G. Koeltl
                                        United States District Judge