```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHIRLEY BURRIS,                                            :
                                                           :       17-CV-9289 (JGK) (RWL)
                                                           :
                               Plaintiff,                  :       ORDER
                                                           :
        - against -                                        :
                                                           :
HOUSING AND SERVICES, INC. ET AL.                          :
                                                           :
                                                           :
                               Defendants.                 :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2025

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

It appears from Ms. Burris's letters filed January 31, 2025 at Dkt. 157-58, that she has successfully found new housing and did so before January 31, 2025. According to Ms. Burris, she cannot move without funds sufficient for the security deposit, first month's rent, and moving costs. By February 7, 2025, Defendant shall file a letter advising whether it will make the necessary funds available to Ms. Burris and/or her new landlord, while retaining the balance due under the settlement agreement until Ms. Burris completes her move to the new apartment.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  February 6, 2025
           New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address:

277 W 132nd Street,
Apt. 3
New York, NY 10027

The Clerk of Court is also directed to email Plaintiff a copy of the Order to burris.shirley16@gmail.com.